IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EARL E. PRATHER AND ) | |
| MARJORIE PRATHER ) | |
| ) | |
| PLAINTIFFS, ) | |
| vs. ) | Civil Action No. 4:04-CV-1429 RWS |
| ) | |
| PFIZER, Inc. WARNER-LAMBERT ) | |
| COMPANY, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

*[Handwritten: Voluntary dismissal without prejudice is hereby ordered]*

PLAINTIFFS' MEMORANDUM OF PAYMENT OF COURT COSTS
AND VERIFICATION OF VOLUNTARY DISMISSAL

*[Handwritten signature, USDJ, 5/31/05]*

COME NOW, Plaintiffs pursuant to this Court's Order of May 23, 2005 and states they have this day sent the "Drug Defendants" their recoverable Court costs of $150.00 (filing fee for a Notice of Removal: $150.00) to Scott W. Sayler, Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd. Kansas City, Missouri 64108-2613, Defendants' attorney.

BASSO & MYERS, P.C.

By: /s/ Louis J. Basso
Federal Registration: #2580
Attorneys for Plaintiffs
133 Chesterfield Business Parkway
Chesterfield, Missouri 63005
Telephone 636/733-3383
Facsimile 636/733-3384
bassomyers-ljb@sbcglobal.net

1

## CERTIFICATE OF FILING

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk Court on May 26, 2005 to be served by operation of the Court's electronic filing system upon: Scott W. Sayler, Shook, Hardy & Bacon L.L. P., 2555 Grand Blvd. Kansas City, Missouri 64108-2613; FAX: 816/421-5547, Attorneys for Defendants Pfizer/Warner-Lambert Company; James P. Reinert, 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63105; FAX:314/854-8660, Attorneys for Defendant Raziya Mallya.

/s/ Louis J. Basso